Laverne M. BARR, Petitioner/Respondent,

v.

John W. BARR, a/k/a John W. Barr, Jr., Respondent/Appellant.

No. 54604.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 14, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 15, 1989.

Application to Transfer Denied April 18, 1989.

Irving L. "Buddy" Cooper, Lisa C. Toarmina, Clayton, for respondent-appellant.

John J. Allan, Mary V. Taylor, St. Louis, for petitioner-respondent.

## ORDER

PER CURIAM

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).